IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUVENAL CHAVEZ and**<br>**VERONICA CHAVEZ,** | **CASE NO.  CIV S-09-3384 FCD DAD** |
| **Plaintiffs,** | **MINUTE ORDER** |
| vs. | |
| **BANK OF AMERICA, N.A.;**<br>**PRLAP, INC.,** | |
| **Defendants.** | |

At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on December 8, 2009.

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

The Complaint in this matter is brought on behalf Plaintiffs, residents of Merced County, California. Pursuant to Local Rules 120(d) this case was improperly removed to Sacramento, rather than Fresno.  Therefore, pursuant to Local Rule 120(f) the Court hereby transfers this action to the Eastern District of California, Fresno Division.

**I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case this 8th day of December 2009.

                              **VICTORIA C. MINOR, CLERK**

                              **By:   /s/ Michele Krueger**
                                      Michele Krueger, Courtroom Deputy